IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEAN C. BOYD**                                                                        **PLAINTIFF**

**v.**                                                                     **No. 4:21CV35-GHD-JMV**

**BARRY SPENCER, ET AL.**                                        **DEFENDANTS**

### ORDER OF DISMISSAL OF DEFENDANT
### PHYSICAL THERAPIST BARRY SPENCER
### WITHOUT PREJUDICE FOR FAILURE TO PROVIDE
### A VALID ADDRESS FOR SERVICE OF PROCESS

The court takes up, *sua sponte*, the dismissal of defendant Physical Therapist Barry Spencer from this case. On January 12, 2023, the court entered an order [31] requiring the plaintiff to provide a valid address for service of process for Physical Therapist Barry Spencer. The plaintiff provided [35] an address for defendant Spencer, but when the United States Marshal Service attempted to serve him at that address, the current resident stated that Spencer no longer lives there. As the plaintiff has not provided a valid address for Spencer to serve him with process, he is **DISMISSED** without prejudice from this case.

**SO ORDERED**, this, the 18th day of July, 2023.

                                                                    /s/ Glen H. Davidson
                                                                    SENIOR UNITED STATES DISTRICT JUDGE